1  JEFFREY D. WOHL (Cal. State Bar No. 96838)
   RISHI N. SHARMA (Cal. State Bar No. 239034)
2  GREGGORY W. DALTON (Cal. State Bar No. 252000)
   PAUL, HASTINGS, JANOFSKY & WALKER LLP
3  55 Second Street, 24th Floor
   San Francisco, California  94105
4  Telephone: (415) 856-7000
   Facsimile:  (415) 856-7100
5  E-mail: jeffwohl@paulhastings.com
   E-mail: rishisharma@paulhastings.com
6  E-mail: greggorydalton@paulhastings.com

7  Attorneys for Defendant
   Target Corporation
8

9              UNITED STATES DISTRICT COURT

10             SOUTHERN DISTRICT OF CALIFORNIA

11

12 OKECHUKWU MBAMA, individually         No. 08-CV-0513-BEN (POR)
   and on behalf of all others similarly
13 situated,                             **TARGET CORPORATION'S NOTICE OF RELATED CASES**

14            Plaintiff,

15     vs.                               S.D. Cal. Civ. L.R. 40.1(e)

16 TARGET CORPORATION, a Minnesota
   Corporation, and Does 1-25, inclusive,
17
              Defendants.
18

1    To the Clerk of Court, plaintiff Okechukwu Mbama, and plaintiff's attorneys of record:

2    Pursuant to this Court's Civil Local Rule 40.1(e), defendant Target Corporation hereby provides notice that this case ("*Mbama*") is related to *Renee Cesar Vilches Mora, on behalf of himself and all others similarly situated, Plaintiffs, vs. Target Corporation, a Minnesota corporation, and Does 1 through 125, Inclusive, Defendants*, U.S.D.C., S.D. Cal. No. 07-CV-0719-BEN (WMC) (filed April 19, 2007) ("*Mora*"). These cases are related in that they are based on the same claims between the same parties, and involve substantially the same facts and questions of law. Specifically:

- Plaintiff Mora and plaintiff Mbama seek to represent a class consisting of all current and former Target employees in California.
- Target is the common defendant in these actions.
- The claims and liability periods in *Mora* and *Mbama* are virtually identical, as both plaintiffs allege that Target failed to provide meal and rest periods, failed to pay wages due, failed to provide accurate, itemized wage statements, and failed to pay wages timely on termination; the plaintiffs also allege that Target's wage-and-hour policies constitute an unfair business practice.

Unless the Court orders it *sua sponte*, Target will move to consolidate *Mora* and *Mbama* to effect a saving of judicial effort and other economies by avoiding unnecessary law-and-motion practice and duplicative discovery pursuant to Federal Rule of Civil Procedure 42(a).

Dated: March 28, 2008.
    JEFFREY D. WOHL
    RISHI N. SHARMA
    GREGGORY W. DALTON
    PAUL, HASTINGS, JANOFSKY & WALKER, LLP

By: s/ Rishi N. Sharma
    Rishi N. Sharma
    Attorneys for Defendant Target Corporation