| | |
|---|---|
| 1 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
|  | RISHI N. SHARMA (Cal. State Bar No. 239034) |
| 2 | GREGGORY W. DALTON (Cal. State Bar No. 252000) |
|  | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 3 | 55 Second Street, 24th Floor |
|  | San Francisco, California 94105 |
| 4 | Telephone: (415) 856-7000 |
|  | Facsimile: (415) 856-7100 |
| 5 | E-mail: jeffwohl@paulhastings.com |
|  | E-mail: rishisharma@paulhastings.com |
| 6 | E-mail: greggorydalton@paulhastings.com |
| 7 | Attorneys for Defendant |
|  | Target Corporation |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated, | No. 08-CV-0513 BEN (POR) |
|  | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| TARGET CORPORATION, a Minnesota Corporation, and Does 1-25, inclusive, | |
| Defendants. | |

LEGAL_US_W # 58559231.1

CERTIFICATE OF SERVICE
U.S.D.C., S.D. Cal., No. 08-CV-0513 BEN (POR)

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 55 Second Street, 24th Floor, San Francisco, California 94105-3441.

On March 28, 2008, I served the following document described as:

- **TARGET CORPORATION'S NOTICE OF RELATED CASES**

by placing with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the foregoing document in an envelope, postage fully paid, addressed to the following parties

| | |
|---|---|
| Jose R. Mata<br>Bailey Pinney, PC<br>1498 SE Tech Center Place, Suite 290<br>Vancouver, Washington 98683<br>JMata@wagelawyer.com<br>Attorney for Plaintiff Okechuckwu Mbama | Susan Seemiller<br>Bailey Pinney, PC<br>840 County Square Drive<br>Ventura, California 93003<br>sseemiller@wagelawyer.com<br>Attorney for Plaintiff Okechukwu Mbama |
| Bonnie Mac Farlane<br>Bailey Pinney, PC<br>720 Howe Avenue, Suite 113<br>Sacramento, California 95825<br>bmacfarlane@wagelawyer.com<br>Attorney for Plaintiff Okechukwu Mbama | Michael D. Singer<br>Alexander I. Dychter<br>Christopher A. Olsen<br>msinger@ck-lawfirm.com<br>adychter@ck-lawfirm.com<br>colsen@ck-lawfirm.com<br>Cohelan & Khoury<br>605 C Street, Suite 200<br>San Diego, CA 92101-5305<br>Attorneys for Plaintiff Renee Cesar Vilches Mora |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am a member of the bar of this court, and I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on March 28, 2008, at San Francisco, California.

s/ Rishi N. Sharma
Rishi N. Sharma