# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| Mbama | vs | Target Corporation | No. | 08cv513 BEN(POR) |
|---|---|---|---|---|

| Hon. | N/A | Deputy Clerk | N/A | Court Reporter | N/A |
|---|---|---|---|---|---|

By order of the court, this case is to be reassigned to another Magistrate Court Judge.

Assigned to:   William McCurrine, Jr.

New Case #:   08CV513 BEN(WMc)

**Please forward judge's court file to new assigned judge.**

Date:   April 1, 2008        Deputy:        S/J. Hathaway