1 | By contrast, consolidation will not work a prejudice on any party as neither case has proceeded so far as to impact access to discovery or to duplicate litigation already completed.

12. Accordingly, the parties request that the Court consolidate *Mora* and *Mbama* in light of the identical parties, claims, facts, and questions of law presented in these putative class actions to promote the efficient and speedy adjudication of these matters.

13. After consolidation with *Mora*, the parties agree that they will accept the Southern District of California as the venue for the consolidated proceeding and will not move to transfer it to another district.

14. In the event that class certification is denied in the consolidated proceeding, the parties reserve the right to move, jointly or separately, to sever plaintiff's Mora's claims from plaintiff Mbama's claims for trial, and nothing in this joint motion will operate to preclude such a motion from being granted.

15. The parties in *Mora* are submitting a similar joint motion to consolidate.

Dated: April 15, 2008.

JOSE R. MATA
SUSAN SEEMILLER
BONNIE MAC FARLANE
BAILEY PINNEY, PC

By: /s/ Susan Seemiller
Susan Seemiller
Attorneys for Plaintiff Okechukwu Mbama

Dated: April __, 2008.

JEFFREY D. WOHL
RISHI N. SHARMA
GREGGORY W. DALTON
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Rishi N. Sharma
Attorneys for Defendant Target Corporation