# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 23, 2008

Attention counsel and pro se litigants:

RE:  Case Consolidation

You are hereby notified that as of 04/21/08 Case No. 08-CV-0513 and No. 07-CV-0719 are consolidated.  All Further docketing will be done in the Lead Case **07cv719 BEN(WMC).** Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By:_____
S/J. Hathaway
J. Hathaway, Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers