UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OKECHUKWU MBAMA, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, and DOES 1 through 125, inclusive,<br><br>　　　　　Defendants. | Case No. 08cv513 BEN (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

　　　　On May 23, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Tim Cohelan, Esq. and Susan Seemiller, Esq. Appearing for Defendant were Jeffrey Wohl, Esq. and Rishi Sharma, Esq.

　　　　Settlement could not be reached in the case at this time.

　　　　The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

　　　　1.　　The Rule 26(f) conference shall be completed before ***June 16, 2008***;

　　　　2.　　A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before ***June 30, 2008***. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the

1 | anticipated dates for the completion of both non-expert discovery and expert
2 | discovery; and,
3 | 3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before ***July 11 , 2008***;
5 | 4. The Court will hold a TELEPHONIC Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b) ***on July 21, 2008*** at ***9:30 a.m.   Counsel for Defendant*** is ordered to contact opposing counsel on the day and at the time indicated above and then initiate a **JOINT** call to the Court at (619) 557-6624.

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: May 23, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge, U.S. District Court